UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WICHELMAN, | No. 2:16-cv-1123-KJM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 24. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

Plaintiff asserts that he should be permitted to file documents electronically because requiring him to mail documents places him at a considerable disadvantage. ECF No. 24 at 1. He explains that without permission to file documents electronically, he will have to pay to mail documents to the court and also pay someone to serve documents on defendant.

1    Plaintiff's request does not indicate whether a stipulation to file electronically could be
2 had, nor does he demonstrate that he will suffer any prejudice by having to file paper documents
3 with the clerk's office.  The cost of mailing documents is minimal and does not provide a basis
4 for granting the requested relief.  Further, defendant will automatically receive service of all
5 documents plaintiff files with the court through the court's case management and electronic case
6 files system.  *See* E.D. Cal. L.R. 133(a) and 135(a).  Thus, plaintiff has not provided a sufficient
7 basis for permitting him to file electronically.

   Accordingly, plaintiff's request to file electronically (ECF No. 24) is denied.

DATED:  December 28, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE