UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WICHELMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-cv-1123 KJM-EFB PS<br><br><br>ORDER |

On September 1, 2017, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Despite an extension of time granted to plaintiff, no objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 1, 2017, are ADOPTED.
2. Defendant's motion to dismiss (ECF No. 21) is granted.
3. Plaintiff's complaint is dismissed without leave to amend.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

DATED: September 29, 2017.

_____
UNITED STATES DISTRICT JUDGE